

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00817-CV

**DTND SIERRA INVESTMENTS, LLC**,
Appellant

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY** as Trustee for Ameriquest Mortgage
Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-R6,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-10858
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is
AFFIRMED.

It is ORDERED that appellee Deutsche Bank National Trust Company, as Trustee for
Ameriquest Mortgage Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-R6,
recover its costs of this appeal from appellant DTND Sierra Investments, LLC.

SIGNED August 21, 2013.

Marialyn Barnard, Justice